**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ILEANA RIVERA**, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:17-1126 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| **U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT**, | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the unopposed report and recommendation of Judge Mehalchick , **(Doc. 22)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the defendant's motion to dismiss, **(Doc. 15)**, the plaintiffs' complaint, **(Doc. 1),** is **GRANTED**;

**(3)** the plaintiffs' complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**;

**(4)** the plaintiffs are directed to file an amended complaint, as specified in Judge Mehalchick's report, by **August 5, 2019**;

**(5)** failure of the plaintiffs to file their amended complaint as specified will result in a dismissal of this case; and

**(6)** this case is **RECOMMITTED** to Judge Mehalchick for further proceedings.

                                             s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**Date: July 8, 2019**

17-1126-01-ORDER.wpd