**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ILEANA RIVERA,** *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:17-1126 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| **U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT,** | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick, **(Doc. 26)**, is **NOT ADOPTED**;

**(2)** the plaintiffs are directed to file an amended complaint by **November 29, 2019**;

**(3)** failure of the plaintiffs to file their amended complaint as specified will result in a dismissal of their case **without further notice**; and

**(4)** this case is **RECOMMITTED** to Judge Mehalchick for

further proceedings.

           s/ *Malachy E. Mannion*
           **MALACHY E. MANNION**
           **United States District Judge**

**Date: November 7, 2019**

17-1126-02-ORDER.wpd