UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILEANA RIVERA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1126 |
| v. | : | (JUDGE MANNION) |
| SCRANTON HOUSING AUTH., | : | |
| Defendant | : | |

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Mehalchick, **(Doc. 46)**, is **ADOPTED IN ITS ENTIRETY** with respect to all claims against defendant SHA.

(2) The plaintiff's third amended complaint, **(Doc. 45)**, is **DISMISSED WITH PREJUDICE** regarding all of her claims.

(3) The objections to the report filed by plaintiff, **(Doc. 49)**, are **OVERRULED**.

**(4)**     The clerk of court is directed to close this case.

                                               *s/ Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**Date: April 22, 2021**
17-1126-03-ORDER